AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES
V.
MICHAEL PRIDGEN

**EXHIBIT AND WITNESS LIST**

Case Number: MJ 04-84

| PRESIDING JUDGE  COHEN | PLAINTIFF'S ATTORNEY  CABELL | DEFENDANT'S ATTORNEY  KELLY |
|---|---|---|
| TRIAL DATE (S)  12/9/04 | COURT REPORTER  DIGITAL | COURTROOM DEPUTY  MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/9/04 |  |  | WITNESS - SP AGENT -LISA RUDNICKI |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages