AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL PRIDGEN

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ00084-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MICHAEL PRIDGEN
                                      Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
being a felon in possession of a firearm

in violation of
Title    18    United States Code, Section(s)   922(g)(1)

LAWRENCE P. COHEN                               UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                          Title of Issuing Officer

*Signature of Issuing Officer*                   December 2, 2004 - Boston, MA
                                                 Date and Location

Bail fixed at $                     by
                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ATK
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/6/04

DATE RECEIVED        NAME AND TITLE OF ARRESTING OFFICER        SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc

*Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC -2 P 3:00*